**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

**No. 95-7778**

––––––––––

MATTHEW RIVENS,

Plaintiff - Appellant,

versus

JERRY DUNN; T. W. LINDSEY; G. W. BUTT,

Defendants - Appellees.

––––––––––

**No. 95-7814**

––––––––––

JOHN A. KOSMA,

Plaintiff - Appellant,

versus

JERRY DUNN, Supervisor, Bland Correctional
Center; T. W. LINDSEY, Bland Correctional Of-
ficer; G. W. BUTT, Officer, Bland Correctional
Center,

Defendants - Appellees.

––––––––––

Appeals from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-94-1102-R, CA-94-944-R)

––––––––––

Submitted:  January 18, 1996          Decided:  February 8, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew Rivens, John A. Kosma, Appellants Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders denying relief on their 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rivens v. Dunn</u>, No. CA-94-1102-R; <u>Kosma v. Dunn</u>, No. CA-94-944-R (W.D. Va. Oct. 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2